UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EGIDIO SPAGNOLO, individually
and on behalf of others similarly
situated,**

    Plaintiff,

v.                                                     Case No. 8:11-cv-2197-T35-EAJ

**KABLELINK COMMUNICATIONS, LLC,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion to Review and Approve Settlement Agreements *In Camera* and/or to Seal Settlement (Dkt. 74). The parties have settled this FLSA class action and request that the Court review and approve the settlement agreements and terms of the settlement *in camera* to protect confidential information contained in the documents. Alternatively, the parties request permission to file the joint motion to approve the settlement and the settlement agreements under seal. The parties stipulate that *in camera* review of the agreements should be conducted by the Honorable Anthony E. Porcelli due to his familiarity with this matter, having conducted two mediation conferences in this case.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

    1. The motion to review the settlement agreements *in camera* is **GRANTED**.

2. The settlement agreements shall be submitted to Judge Porcelli for review *in camera* and to enter an Order or a Report and Recommendation, as appropriate. Judge Porcelli may, in His Honor's discretion, also determine whether portions of the settlement agreements can be filed on the open record with the necessary confidential portions, if any, redacted.

**DONE and ORDERED** in Tampa, Florida, this 7th day of February, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
Any Unrepresented Parties